## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEAN-GABRIEL BERNIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-00828 (APM) |
| | ) | Judge Amit P. Mehta |
| JEFF ALLEN, M.D., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff Jean-Gabriel Bernier, by his undersigned attorney, for his Second Amended

Complaint against Defendant Jeff Allen pursuant to Rule 15(a)(2), Fed. R. Civ. P., hereby

alleges, based upon his personal, information and belief, as follows:

## INTRODUCTION

1.      This is an action for damages brought by the Plaintiff, Mr. Bernier, a prisoner in

the custody of the Federal Bureau of Prisons, premised upon the implied constitutional cause of

action recognized by the Supreme Court of the United States in *Bivens v. Six Unknown Named

Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).  Plaintiff alleges that the

Defendant, Mr. Allen, engaged in acts or omissions reflecting deliberate indifference to

Plaintiff's serious medical needs, in violation of Plaintiff's right to be free from cruel and

unusual punishment under the Eighth Amendment to the U.S. Constitution, by denying Plaintiff

timely and appropriate treatment for Plaintiff's diagnosed Hepatitis C, as a result of which

Plaintiff suffered further deterioration of existing liver damage, unnecessary physical pain and

mental distress, and exposure to a substantial risk of further serious harm.  Although Plaintiff

was eventually provided treatment for his illness that resulted in a cure, the incremental liver

damage that he suffered due to Dr. Allen's initial, unjustified denial of treatment is permanent and constitutes compensable harm for which Plaintiff is entitled to recover in this case.

## JURISDICTION AND VENUE

2.      This Court has subject-matter jurisdiction of this action pursuant to 28 U.S.C. § 1331 and § 1343(3).

3.      The Defendant, Dr. Allen, is subject to this Court's personal jurisdiction pursuant to D.C. Code § 13-423(a)(1).

4.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), because all or a substantial part of the events or omissions giving rise to the Plaintiff's claim occurred in this judicial district.

## PARTIES

5.      The Plaintiff, Mr. Bernier, is a 61-year old African-American male prisoner in the custody of the Federal Bureau of Prisons (FBOP), currently incarcerated at FMC-Butner in Butner, North Carolina.

6.      The Defendant, Jeffery D. Allen, M.D., a resident of the Commonwealth of Virginia, served, at all times relevant to the subject matter of this action, as Chief Physician (and/or Medical Director) for the FBOP, located at 320 1st Street, NW., Washington, D.C. 20534.  Dr. Allen is sued in his individual capacity.

## RELEVANT FACTS

7.      The Plaintiff suffers from Hepatitis C (Hep C), a virus transmitted primarily through the blood and which impairs the liver with which he was first diagnosed in 1999.  It resides in liver cells (hepatocytes), where it replicates and causes cell death (necrosis).  Milder forms of chronic hepatitis are non-progressive or only slowly progressive, while more severe forms may be associated with scarring (fibrosis) of the liver and structural reorganization of the

2

liver which, when advanced, ultimately leads to cirrhosis, end-stage liver disease, liver cancer, ultimately liver failure and death.

8.      Cirrhosis is marked by inflammation of the liver, degeneration of hepatocytes and their replacement with fibrotic scar tissue. In what is called compensated cirrhosis, the liver, although scarred, can still perform many of its important functions. When the liver becomes decompensated, there is so much fibrosis that the liver can no longer function and symptoms such as bleeding from the blood vessels in the throat (esophageal varices), retention of large amounts of fluids around the stomach (ascites) and a brain disease that causes severe mental confusion (hepatic encephalopathy) develop at this stage, leading to liver failure.

9.      Once a person is diagnosed with chronic Hep C, the approach is to monitor the functioning of the liver and the progression of disease and damage to the liver. The damage done is quantified based on Grade and Stage. Grade measures the level of inflammation in the liver and Stage measures the amount of fibrosis (scarring) of the liver. Grade is scaled from 0 to 3: 0 meaning no inflammatory activity, 1 meaning mild inflammatory activity, 2 meaning moderate and 3 meaning severe. Stage is scored from 0 to 4: 0 meaning no fibrosis, 1 meaning mild fibrosis, 2 meaning moderate fibrosis, 3 meaning bridging fibrosis and 4 meaning cirrhosis of the liver.

10.     There are a number of diagnostic techniques used to monitor the progression of the liver damage. A liver biopsy studies a piece of liver tissue, 1/50,000th of the liver. This method has fallen out of favor in the medical community as the microscopic piece studied might not be representative of the overall condition of the liver and due to the risks of the invasive procedure. There is also ultrasound scan of the liver which studies the structure of the liver and

any abnormalities.  There is also a blood test called Fibrosure, which measures certain blood markers and correlates their values to measure liver damage.

11.     Liver enzymes are also measured periodically through blood tests.  They are aminotransferases aspartate (AST) and alanine phosphatase (ALT).  There are ranges within which someone tested will be considered normal and above which he or she will be considered abnormal.  A measure of disease progression has been developed called the APRI (Aspartate aminotransferase-to-Platelet-Ratio-Index); this index is only specific and accurate in 75% of cases in which it is utilized to measure for cirrhosis.

12.     The medical community standards as practiced by the private sector insurer United Health Care and the U.S. Veterans Administration, two major players in the treatment of Hep C, accept any and all of the above-described tests indicating cirrhosis: liver biopsy, APRI, ultrasound scan, Fibrosure.  The FBOP does not, in actual practice, perform or accept the Fibrosure, using only the APRI as the gateway to any consideration for treatment.

13.     In October 2014, defendant Gilead Sciences was granted Food and Drug Administration approval to market a drug named Harvoni as a cure of Hepatitis C.  Harvoni, at the time of FDA approval, was a once a day pill costing about $1,000.00 for each dose, amounting to $94,000.00 for a twelve-week treatment.

14.     Harvoni has produced amazing results with cure rates nearing 100% in patients having characteristics similar to those of the Plaintiff: African-American, Genotype 1 (most difficult to treat), prior null responder to previous treatment regimens.

15.     Plaintiff has been imprisoned, subject to the custody of FBOP or the State of New York Department of Corrections, since June 1990.  Upon being transferred from the New York correctional system to FBOP and assigned to reside at FCI-Allenwood in August 2015, it was

acknowledged by medical care providers at the facility that Plaintiff's "noted chronic health problems [included] Hepatitis C, chronic without mention of hepatic coma . . . [and] Cirrhosis of liver without mention of alcohol." *See* ECF Dkt. No. 20, Ex. 1 at 1, ¶ 3.

16.     The Clinical Director at FCI-Allenwood "examined [Plaintiff] on August 24, 2015, and noted he was diagnosed with Hepatitis C[.]" It was further observed that "[t]he records [Plaintiff] arrived with also showed two liver biopsies and Fibrosure had been done while he was incarcerated in state custody. One biopsy was done on April 20, 2004, showing Grade II, Stage II, and another biopsy done on July 10, 2009, showing Grade II, Stage IIB." *Id.*, ¶4 at 1-2. As of the examination date, Plaintiff "has not had any clinical symptoms of cirrhosis." *Id.*

17.     Plaintiff's Hep C was monitored by the medical provider staff at FCI-Allenwood, but Plaintiff was not provided any treatment for his illness, over the four months. However, in December 2015, Plaintiff expressly requested that his Hep C be treated with Harvoni. *Id.*, ¶ 6 at 2; *see also id.*, ¶ 9 at 3.

18.     A Non-Formulary Drug Authorization application was made on Plaintiff's behalf to the FBOP by FCI-Allenwood on December 23, 2015.[1] In describing Plaintiff's condition for which treatment with Harvoni was requested, the application stated, in pertinent part:

> Diagnosis:
> Chronic Hepatitis C without mention of hepatic coma.
>
> Reason(s) why formulary agents cannot be used:
> Genotype 1a
> 12/15/15 APRI 0.40
> 7/10/09 liver biopsy reports mild chronic active hepatitis C with mild piecemeal necrosis, focal portal lymphoid aggregation, and focal periportal fibrosis present, grade 2 inflammatory activity, stage 2 fibrosis.

*See* Ex. A hereto.

---

[1]     *See* true and correct copy attached hereto as Exhibit A.

19.     Plaintiff's application proceeded up the chain of decisional authority at FBOP to the office of the Defendant, Dr. Allen, in Washington, D.C. where, on December 31, 2015, he disapproved the request for Harvoni treatment, stating:

> Treatment naïve HCV-1a with no evidence for advanced liver disease. Current BOP priority level for treatment are [*sic*] not met. Continue to monitor and manage according to BOP guidelines and resubmit request when BOP priority criteria are met.

*Id.*

20.     In the months that followed Dr. Allen's denial, Plaintiff continued to be refused the treatment he sought for his Hep C, as a result of which he experienced nausea, night sweats, joint pain, extreme fatigue and continuing damage to and deterioration of his liver.

21.     The FCI-Allenwood Clinical Director elaborated on the rationale behind the FBOP's refusal to provide the Plaintiff with Harvoni treatment as follows:

> Determining whether BOP priority criteria for treatment are met is an important part of the initial evaluation and ongoing management of inmates with chronic HCV infection. Although all patients with chronic HCV infection may benefit from treatment, certain cases are at higher risk for complications or disease progression and require more urgent consideration for treatment. The BOP has established priority criteria to ensure that those with the greatest need are identified and treated first. Priority 1 patients are the highest priority for treatment, and include those with documented cirrhosis, APRI >2, Liver Transplant Candidates, Liver Cancer Patients, and other comorbid conditions, such as cryoglobulinemia with renal disease, vasculitis, certain lymphomas or hematologic malignancies. Priority 2 patients are the next highest priority and include those with APRI score >2, stage 3 bridging fibrosis on biopsy, HBV or HIV co-infection, or other comorbid liver diseases. Priority 3 patients are the next highest priority and include those patients with Stage 2 fibrosis on liver biopsy, APRI score is 1.5 to <2. Diatetes, and Porphyria catenae tarda. Priority 4 patients are considered routine priority, or last priority for treatment and include those patients with stage 0-1 fibrosis on biopsy, and all other cases of HCV infection. The BOP Medical Director provides periodic guidance on specific strategies for implementing these priority levels. The last guidance was provided to all Clinical Directors in May 2016, at which time institutions were encouraged to submit all priority 1 and priority 2 patients for treatment. Based on [Plaintiff's] APRI he is designated as a Priority 3 patient.

ECF Dkt. No. 20, Ex. 1, ¶ 7 at 2-3.  In reaching this conclusion, Defendant Allen and the Clinical

Director disregarded the Plaintiff's Fibrosure test results from 2012, 2014 and early 2015, of

which both were aware, indicating cirrhosis.

22.     Upon information and belief, the BOP prioritization protocol pursuant to which

Defendant Allen determined to deny Plaintiff's request for treatment of his HCV was developed

on the basis of a conscious decision to ration the recommended treatment to a limited number of

prisoners in the highest priority category while limiting all other HCV-infected prisoners to

monitoring, in order to minimize the high cost attending the administration of drugs such as

Harvoni, not on the basis of any medical justification.

23.     In October 2016, the FBOP released an updated set of guidelines on the

evaluation and management of chronic HCV infection which, among other things, broadened the

criteria for Priority 2 status in the FBOP treatment hierarchy.  Under these broadened criteria,

Plaintiff qualified for Priority 2 status and thus became eligible for treatment with Harvoni or an

analogous direct-acting antiviral (DAA) drug of similar efficacy in eradicating Hep C.  *See* ECF

Dkt. No. 50, Ex. 1, ¶ 4 at 2.

24.     On March 1, 2017, a new Non-Formulary Drug Authorization application was

submitted on Plaintiff's behalf.  *See id.*, Attachment 1.  This request was approved by Dr. Robert

McKittrick, FBOP Chief of Health Programs, on March 8, 2017, authorizing Plaintiff's treatment

with Zepatier, "like Harvoni . . . one of several new agents approved by the Food and Drug

Administration to treat Hepatitis C. . . . [and] considered an equivalent treatment option . . .

depending on the clinical presentation of each individual plaintiff."  *Id.*, ¶¶ 6-7 at 3 &

Attachment 1.

25.     "After appropriate baseline testing was completed, Elbasvir/Grazoprevir

(Zepatier) 50-100 mg., one tablet daily along with Ribovirin 600 mg. twice daily were started on

April 11, 2017, for a total of 12 weeks, with an expected end date of July 4, 2017." *Id.*, ¶ 8 at 3.

Plaintiff completed his Hep C treatment regimen in accordance with this schedule.  As a result of

the Zepatier treatment, Plaintiff's Hep C viral load is currently undetectable -- *i.e.*, his HCV

infection has been "cured".

26.     Due to decision of the Defendant, Dr. Allen, to refuse Plaintiff's application for

efficacious treatment of Plaintiff's Hep C, Plaintiff was denied such treatment and required to

continue to experience the painful symptoms and physiological harm attributable to his disease,

as well as confronted with a substantial risk of further serious harm, from at least December 31,

2015 until the therapeutic effects of the Zepatier treatment began to take hold sometime after

April 11, 2017 -- a period of more than fourteen months.

## FIRST CAUSE OF ACTION
### (For Damages Against Defendant For Deliberate
Indifference to Plaintiff's Serious Medical Needs)

27.     Plaintiff incorporates by reference, as though fully restated herein, the allegations

set forth in Paragraphs 1 through 26 above.

28.     "'Deliberate indifference to serious medical needs of prisoners constitutes the

unnecessary and wanton infliction of pain . . . proscribed by the Eighth Amendment' and

includes 'indifference . . . manifested by prison doctors in their response to the prisoner's

needs . . . in intentionally denying or delaying access to medical care or intentionally interfering

with treatment once prescribed[.]'" *Erickson v. Pardus*, 551 U.S. 89, 90 (2007 (*per curiam*),

*quoting Estelle v. Gamble*, 429 U.S. 97, 104-05 (1976).  "Allegations that a defendant has

subjected the plaintiff to 'an unreasonable risk of serious damages to his future health,' as well as

8

his present health, are actionable under the Eighth Amendment." ECF Dkt. No. 44 at 11, *citing*

*Helling v. McKinney*, 509 U.S. 25, 33 (1993).

29.     HCV is a viral infection that attacks the liver and causes hepatitis, or liver

inflammation.  Liver inflammation caused by HCV can significantly impair liver function and

inhibit its crucial role in digesting nutrients, filtering toxins from the blood, preventing disease,

and making possible essentially all metabolic processes in the body.

30.     Liver impairment can cause severe pain, abdominal and gastrointestinal problems,

fatigue, weakness, and muscle wasting, difficulty or pain with urination, increased risk of heart

attacks and other adverse side effects.

31.     HCV can be either acute or chronic.  A small percentage of people infected with

HCV develop an acute infection that their body is capable of resolving without treatment.

However, a significant majority (75% to 85%) of people  who develop acute HCV go on to

develop chronic HCV.

32.     People with chronic HCV develop fibrosis of the liver, a process by which healthy

liver tissue is replaced with scarring.  Scarred tissue cannot perform many or all of the functions

performed by normal, healthy liver cells.

33.     At a certain point in the progression of the scarring of liver tissue, the degree of

fibrosis is termed cirrhosis.  Cirrhosis is irreversible and can, and often does, cause an array of

serious and/or painful complications including widespread itching, arthritic pain in joints

throughout the body, kidney disease, jaundice, fluid retention with edema, internal bleeding, easy

bruising, abdominal ascites, mental confusion, lymph disorders and extreme fatigue.

34.     In part because it can be difficult to determine exactly when significant hepatitic fibrosis becomes cirrhosis, many of these complications can manifest before cirrhosis is diagnosed.  If these complications go untreated, some can cause death.

35.     In addition to causing day-to-day pain, chronic HCV dramatically increases an affected individual's risk of developing cirrhosis and liver cancer.

36.     Of those with chronic HCV, at least half will develop cirrhosis or liver cancer, and almost all of them (70% to 95%) will develop chronic liver disease.

37.     Chronic Hepatitis C constitutes an objectively serious medical condition in need of treatment for purposes of Eighth Amendment analysis.  *See* ECF Dkt. No. 44 at 12-13 (citing authorities).

38.     In adopting a prioritization protocol for purposes of determining how individuals affected with Hep C and incarcerated in FBOP facilities would be treated, pursuant to which only individuals in the highest priority categories would receive immediate treatment despite the FBOP's express recognition that "all patients with chronic HCV infection may benefit from treatment," the FBOP effectively made a conscious decision to deny, or at least defer, treatment to classes of prisoners who were either already manifesting signs and symptoms of progressive liver disease or confronted a substantial risk of future harm in this regard.  This decision was based upon non-medical considerations -- *i.e.*, to minimize administrative costs.

39.     Moreover, the FBOP linked the classification methodology in its prioritization protocol to the APRI score as the sole dispositive diagnostic indicator of cirrhosis, despite its stated acknowledgment that "[a]n APRI score is not necessary for diagnosing cirrhosis if cirrhosis has been diagnosed by other means" -- *see* Fed. Bureau of Prisons clinical Practice Guidelines, Evaluation and Management of Chronic HCV Infection, July 2015 at 5 (true and

10

correct copy attached hereto as Ex. B) -- thereby further narrowing the scope of the individuals

who would be prioritized for treatment under the FBOP protocol and broadening the categories

of HCV-infected individuals who would go untreated.

40.     Hep C treatment is successful when it results in a virologic response (SVR) for

three months following the completion of a course of treatment.  SVR occurs when a previously-

infected individual's blood has no detectable genetic trace of the Hepatitis C virus.  The medical

community generally perceives SVR as tantamount to a cure.

41.     For many years, a highly effective and safe treatment for Hep C evaded the

medical profession.  The standard treatment, involving the use of interferon and ribavirin

medications, failed to cure significant numbers of patients and implicated painful adverse side

effects, including psychiatric and autoimmune disorders, flu-like symptoms and gastrointestinal

distress.

42.     Beginning in 2013, however, the FDA commenced approval of a new generation

of medications, called direct-acting antiviral drugs, which have proven effective to treat HCV

infection more quickly and cause significantly fewer adverse side effects than previous

treatments.

43.     When FDA approval of DAA drugs initially began, a panel of experts at the

American Association for the Study of Liver Disease (AASLD) and the Infectious Diseases

Society of American (IDSA) jointly recommended adoption of a prioritization protocol for

treatment of HCV-infected individuals analogous to the FBOP protocol, pursuant to which

patients perceived to have the greatest need would be treated first.  As explained in a publication

of the IDSA/AASLD Panel addressing this development:

> "When the direct acting medications were first introduced, all of our knowledge
> about how these drugs worked came from clinical trials.  We needed to gain

11

experience with their safety before we encouraged all infected persons to initiate therapy. We now have that experience," said panel co-chair David Thomas, MD. According to the guidance, successful hepatitis C treatment results in sustained virologic response - or virologic cure - and thus would benefit nearly all of those chronically infected with HCV. Previously, the panel of experts who write the guidance had prioritized treatment with the direct-acting anti-virals for those with the greatest need, particularly those with severe liver disease.

Since the panel's initial recommendation, there have been opportunities to treat many of the highest-risk patients and learn more about the new medications. "There are also expanding data on the benefits of HCV treatment for patients with all stages of disease, including mild liver disease," added panel co-chair Raymond Chung, MD.

ISDA/AASLD, "Hepatitis C Guidance Underscores the Importance of Treating HCV Infection:

Panel Recommends Direct-Acting Drugs for Nearly All Patients with Chronic Hepatitis C"

(October 2015) at 1 (true and correct copy attached hereto as Ex. C).

44. In accordance with this analysis, the ISDA/AASLD Panel abandoned the

prioritization approach it had previously endorsed and, *as of October 2015*, unequivocally

declared: "Treatment [with DAA's] is recommended for all patients with chronic HCV infection,

except those with short life expectancies that cannot be remediated by treating HCV, by

transplantation, or other directed therapy." IDSA/AASLD, "When and In Whom To Initiate

HCV Therapy" at 2 (true and correct copy attached hereto as Ex. D).

45. The Centers for Disease Control refers medical care providers caring for Hepatitis

C-infected patients to the IDSA/AASLD guidance for continuously-updated, evidence-based

information regarding HCV treatment, reflecting recognition of that guidance as the medical

standard of care. *See* Ctrs. for Disease Control, Surveillance for Viral Hepatitis-United States

(2013) at 5-6.

46. Accordingly, as of December 31, 2015, when the Defendant, Dr. Allen, denied the

Plaintiff's request for Harvoni treatment of his chronic Hepatitis C, the Defendant: (i)

disregarded the existence of Fibrosure test results for Plaintiff from 2012, 2014 and 2015

12

attesting to the presence of cirrhosis, in favor of exclusive reliance of the Plaintiff's APRI score, in contravention of written, specific FBOP policy; and (ii) disregarded the medical standard of care for treatment of HCV infection established by the IDSA/AASLD guidance published two months prior, in reliance upon a prioritization protocol no longer consistent with accepted professional medical judgment and based entirely upon an intent to minimize costs.

47.    This denial of treatment thus constitutes deliberate indifference to the Plaintiff's serious medical needs in violation of his Eighth Amendment rights.

48.    As a result of the Defendant's determination, Plaintiff faced both a continuation of the painful symptoms attributable to his chronic Hep C of which he had complained, but also a substantial risk of serious additional harm due to his disease that was not abated until sometime after his treatment with Zepatier commenced and began to take effect in April 2017.

49.    Plaintiff, subsequent to the completion of his course of treatment with Zepatier, has requested that FBOP subject him to Fibrosure testing that would indicate the extent of his cirrhosis, but his requests in this regard have been rejected.

## **PRAYER FOR RELIEF**

WHEREFORE, based upon all the foregoing, Plaintiff respectfully prays that this Court enter Judgment in favor of the Plaintiff:

a.    Holding the Defendant liable for a violation of Plaintiff's rights under the Eighth Amendment;

b.    Awarding damages to Plaintiff in an amount to be determined consistent with the evidence at trial in order to compensate him for the injuries he suffered attributable to the Defendant's unconstitutional conduct;

c.    Ordering the FBOP to provide Plaintiff a Fibrosure test to determine the extent of Plaintiff's cirrhosis.

d.    Awarding Plaintiff his reasonable attorneys' fees and litigation costs incurred in this action; and

e.  Ordering all such other and further relief as the Court deems necessary or appropriate in the interests of justice.

DATED:  September 19, 2019

Respectfully submitted,

_____
Theodore A. Howard (D.C. Bar No. 366984)
(thoward@wileyrein.com)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C.  20006
(202) 719-7000

Attorneys for Plaintiff

14

# EXHIBIT A

BP-S802.060
FEB 05

**NON-FORMULARY DRUG AUTHORIZATION**

CDFRM

## U.S. DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF PRISONS

**Patient name:**
BERNIER, JEAN

**Register number:**
29463-054

**Requestor:**
Pfirman, Timothy PA-C

**Institution:**
ALLENWOOD FCC

**Drug requested:**
Hepatitis C Treatment Algorithm Request

**Drug approved:**

**Dose and Regimen:**
Harvoni

**Date requested:**
12/23/2015

**Expiration of order:**
12/23/2016

**Diagnosis:**
Chronic Hepatitis C without mention of hepatic coma

**Reason(s) why formulary agent(s) cannot be used:**
Genotype 1a
12/15/15 APRI 0.40
7/10/2009 liver biopsy reports mild chronic active hepatitis C with mild piecemeal necrosis, focal portal lymphoid aggregation, and focal periportal fibrosis present, grade 2 inflammatory activity, stage 2 fibrosis
treatment naive

WILL BE PLACED ON MEDICAL HOLD IF APPROVED
**Formulary agent(s) tried:**

**Cost of therapy:**

**Cost of formulary agent:**

| | | |
|---|---|---|
| **Institutional Chief Pharmacist:**<br>Swigart, Drew PharmD<br>**Comments:**<br>Algorithm attached.  Refer up for clinical review. | **Action taken:**<br>Refer up | **Date:**<br>12/23/2015 |
| **Institution Clinical Director:**<br>Buschman, Brian MD<br>**Comments:** | **Action taken:**<br>Refer up | **Date:**<br>12/24/2015 |
| **Central Office Pharmacist:**<br>Mell, E. PharmD<br>**Comments:** | **Action taken:**<br>Refer up | **Date:**<br>12/28/2015 |

~~HCV surface antigen negative~~
normal endoscopy - 11/2015
APRI 0.402 (58/55/262)
inmate appears to be priority level 3 based on historical biopsy showing stage 2 fibrosis and current APRI of 0.402.
deferral of tx at this time may be appropriate.

| | | |
|---|---|---|
| **Central Office Physician:**<br>Allen, Jeff MD BOP Chief Physician | **Action taken:**<br>Disapproved | **Date:**<br>12/31/2015 |

**Comments:**
Treatment naive HCV-1a with no evidence for advanced liver disease. Current BOP priority level for treatment are not met.
Continue to monitor and manage according to BOP guidelines and resubmit request when BOP priority criteria are met.

# EXHIBIT B

## Baseline Evaluation

A baseline clinician evaluation should be conducted for all inmates who are anti-HCV positive. At minimum, this evaluation should include the following:

a. **Targeted history and physical examination:**

- ► Evaluate for signs and symptoms of liver disease, quantify prior alcohol consumption, and determine risk behaviors for acquiring HCV infection (see section on *Risk Factors* under *Screening Criteria* above). Attempt to estimate the earliest possible date of infection, including when risk factors for exposures started and stopped, e.g., the time period in which the inmate engaged in injection drug use.

- ► Evaluate for other possible causes of liver disease, especially alcoholism, nonalcoholic steatohepatitis (NASH), iron overload, and autoimmune hepatitis.

- ► Inquire about prior treatment for HCV infection, specific medications used, dosages and duration of treatment, and outcomes, if known.

b. **Laboratory tests:**

Recommended baseline laboratory tests are listed in *Appendix 9* and include the following:

- ► Complete blood count (CBC); prothrombin time (PT) with International Normalization Ratio (INR); liver panel (albumin, total and direct bilirubin, serum alanine aminotransferase [ALT] and aspartate aminotransferase [AST], and alkaline phosphatase); serum creatinine; and calculated glomerular filtration rate (GFR).
  - → *Unexplained abnormalities should prompt additional diagnostic evaluations, as clinically indicated, to determine the underlying cause, e.g., low hemoglobin/platelet count or GFR.*

- ► Hepatitis B surface antigen (HBsAg) and HIV antibody (anti-HIV or HIV Ab).
  - → *Refer to the respective BOP Clincal Practice Guidelines for management of a positive HBsAg or HIV Ab test.*

- ► Quantitative HCV RNA viral load testing to determine if the inmate has active or resolved HCV infection.
  - → *Ordinarily, testing for HCV genotype may be deferred until the time of pretreatment evaluation.*

- ► Unless otherwise clinically indicated, testing for other causes of liver disease—e.g., antinuclear antibody (ANA), ferritin, iron saturation, ceruloplasmin—are not routinely ordered in the evaluation of a positive HCV Ab test.

c. **Calculation of the AST (aspartate aminotransferase) to Platelet Ratio Index (APRI) to assess the degree of fibrosis:**

- ► The APRI score, a calculation based on results from two blood tests (the AST and the platelet count), is a less invasive and less expensive means of assessing fibrosis than a liver biopsy.

> ► The formula for calculating the APRI score is [(AST/AST ULN) x 100 / (platelet count x $10^3/\mu L$ / 1,000). A calculator is available at:
>
> *http://www.hepatitisc.uw.edu/page/clinical-calculators/apri*

> ► If a person is known to have cirrhosis, the APRI is irrelevant and unnecessary.

### d. Preventive health measures:

All inmates who are anti-HCV positive should be evaluated to assess the need for the preventive health interventions, including the following:

> ► **Hepatitis B vaccine:** Indicated for susceptible inmates with chronic HCV infection. For foreign-born inmates, consider prescreening for hepatitis B immunity prior to vaccination.
>
> → *Inmates with evidence of liver disease should be priority candidates for hepatitis B vaccination.*

> ► **Hepatitis A vaccine:** Indicated for susceptible inmates with chronic HCV infection who have other evidence of liver disease. For foreign-born inmates, consider prescreening for hepatitis A immunity prior to vaccination.

> ► **Influenza vaccine:** Offer to all HCV-infected inmates annually.
>
> → *Inmates with cirrhosis are high priority for influenza vaccine.*

### e. Patient Education:

Inmates diagnosed with chronic HCV infection should be counseled by a health care provider regarding the natural history of the infection, potential treatment options, and specific measures to prevent transmitting HCV infection to others (both during incarceration and upon release).

## 4. Assess for Hepatic Cirrhosis and Decompensation

Cirrhosis is a condition of chronic liver disease marked by inflammation, degeneration of hepatocytes, and replacement with fibrotic scar tissue. The natural history of HCV is such that 50–80% of HCV infections become chronic. Progression of chronic HCV infection to fibrosis and cirrhosis may take years in some patients and decades in others—or, in some cases, may not occur at all. Most complications from HCV infection occur in people with cirrhosis.

- Patients with advanced hepatic fibrosis (primarily stage 3) have a 10% per year rate of progressing to cirrhosis (stage 4).
- Those with cirrhosis have a 4% per year rate of developing decompensated cirrhosis, and a 3% per year rate of developing hepatocellular carcinoma.

→ *The Child-Turcotte-Pugh (CTP) score is a useful tool in determining the severity of cirrhosis and in distinguishing between compensated and decompensated liver disease. See the discussion below under* <u>*Assessing Hepatic Compensation*</u>.

Δ 3

## Assessing for Hepatic Cirrhosis

Assessing for cirrhosis is important for prioritizing inmates for treatment of HCV and in determining the need for additional health care interventions.  Cirrhosis may be diagnosed in several ways:

- **Symptoms and signs that support the diagnosis of cirrhosis may include:** low albumin or platelets, elevated bilirubin or INR,  ascites, esophageal varices, and hepatic encephalopathy. However, isolated lab abnormalities may require additional diagnostic evaluation to determine the etiology.

- **The APRI score is the BOP-preferred method for non-invasive assessment of hepatic fibrosis and cirrhosis:**
  - *An APRI score ≥ 2.0 may be used to predict the presence of cirrhosis.* At this cutoff, the APRI score has a sensitivity of 48%, but a specificity of 94%, for predicting cirrhosis. Inmates with an APRI score ≥ 2.0 should have an abdominal ultrasound performed to identify other findings consistent with cirrhosis (see *abdominal imaging studies* below in this list).  Lower APRI scores have different sensitivities and specificities for cirrhosis. For example, an APRI score ≥ 1 has a sensitivity of 77% and a specificity of 75% for predicting cirrhosis.
    - → *An APRI score is not necessary for diagnosing cirrhosis if cirrhosis has been diagnosed by other means.*
  - *The APRI may also be used to predict the presence of significant fibrosis (stages 2 to 4, out of 4).*  Using a cutoff of ≥ 1.5, the sensitivity is 37% and specificity is 95% for significant fibrosis.

- **Liver biopsy** is no longer required unless otherwise clinically indicated.  However, the presence of cirrhosis on a prior liver biopsy may be used to meet the BOP criteria for HCV treatment.

- **Abdominal imaging studies** such as ultrasound or CT scan may identify findings consistent with or suggestive of *cirrhosis* (nodular contour of the liver), *portal hypertension* (ascites, splenomegaly, varices), or *hepatocellular carcinoma* (HCC).

## Assessing Hepatic Compensation

Assessing hepatic compensation is important for determining the most appropriate HCV treatment regimen to be used.  The recommended HCV treatment regimen may differ depending on whether the cirrhosis is compensated or decompensated.

The CTP score is a useful tool to help determine the severity of cirrhosis and is used by the AASLD to distinguish between compensated and decompensated liver disease.

→ *CTP calculators are readily available on the Internet and are not reproduced in these guidelines: http://www.hepatitisc.uw.edu/page/clinical-calculators/ctp*

D4

The CTP score includes five parameters (albumin, bilirubin, INR, ascites, and hepatic encephalopathy), each of which is given a score of 1, 2, or 3. The sum of the five scores is the CTP score, which is classified as shown in the table below:

| CTP Score | CTP Class | Hepatic Compensation |
|-----------|-----------|----------------------|
| 5–6 | Class A | Compensated cirrhosis |
| 7–9 | Class B | Decompensated cirrhosis |
| ≥ 10 | Class C | |

**A CTP score of 5 or 6 is considered to be *compensated* cirrhosis, while a score of 7 or greater is considered *decompensated*.**

→ *It is recommended that cases of decompensated cirrhosis be managed in consultation with a clinician experienced in the treatment of this condition because the dosages of DAA medications are not well-established with severe hepatic impairment.*

→ *Inmates with CTP Class C decompensated cirrhosis may have a reduced life expectancy and should be considered for Reduction In Sentence/Compassionate Release in accordance with current policy (PS 5050.49) and procedures.*

## Additional Interventions for Inmates with Cirrhosis:

- **Pneumococcal vaccine:** Offer to all HCV-infected inmates with cirrhosis who are 19 through 64 years of age
  → *See the BOP Clinical Practice Guidelines on Preventive Health Care.*
- **Hepatocellular carcinoma (HCC) screening:** Liver ultrasound is recommended every six months for patients with both cirrhosis *and* chronic HCV infection.
- **Esophageal varices screening:** Screening for esophageal and gastric varices with esophagogastroduodenoscopy (EGD) is recommended for patients diagnosed with cirrhosis.

**Other healthcare interventions recommended for patients with cirrhosis may include:**

- Nonselective beta blockers for prevention of variceal bleeding in patients with esophageal varices.
- Antibiotic prophylaxis if risk factors are present for spontaneous bacterial peritonitis.
- Optimized diuretic therapy for ascites.
- Lactulose and rifaximin therapy for encephalopathy.

In general, NSAIDs should be avoided in advanced liver disease/cirrhosis, and metformin should be avoided in decompensated cirrhosis. The detailed management of cirrhosis is beyond the scope of these guidelines. Other resources should be consulted for more specific recommendations related to this condition.

$\wedge 5$

Federal Bureau of Prisons
Clinical Practice Guidelines

Evaluation and Management of Chronic HCV Infection
July 2015

# 5. BOP Priority Criteria for HCV Treatment

Determining whether BOP priority criteria for treatment are met is an important part of the initial
evaluation and ongoing management of inmates with chronic HCV infection. Although all
patients with chronic HCV infection may benefit from treatment, certain cases are at higher risk
for complications or disease progression and require more urgent consideration for treatment.
The BOP has established priority criteria to ensure that those with the greatest need are identified
and treated first. The BOP Medical Director will provide periodic guidance on
specific strategies for implementing these priority levels.

## Priority Level 1 – Highest Priority for Treatment*

- **Cirrhosis**
  - This includes cases of known cirrhosis or clinical findings consistent with cirrhosis.
    - → *Cases of decompensated cirrhosis with a CTP score of 7 to 9 should receive the
      highest priority for treatment.*
  - Patients with an isolated APRI score ≥ 2 with no other clinical findings of cirrhosis are
    included in Priority Level 2.

- **Liver transplant candidates or recipients**
  - Other types of transplant candidates or recipients may be appropriate to prioritize for
    treatment and will be considered individually on a case-by-case basis.

- **Hepatocellular carcinoma (HCC)**
  - At least one third of all cases of HCC occur in association with HCV infection, with most
    cases occurring in those with advanced fibrosis or cirrhosis.
  - Current guidelines do not address the role of HCV treatment in the management of HCC.
  - HCV treatment in HCC cases will be determined individually and require consultation
    with an appropriate specialist.

- **Comorbid medical conditions associated with HCV, including:**
  - Cryoglobulinemia with renal disease or vasculitis.
  - Certain types of lymphomas or hematologic malignancies.

- **Immunosuppressant medication for a comorbid medical condition**
  - Some immusuppressant medications (e.g., certain chemotherapy agents and tumor
    necrosis factor inhibitors) may be needed to treat a comorbid medical condition, but are
    not recommended for use when infection is present. However, data are insufficient and
    current guidelines are inconsistent regarding treatment of HCV infection in this setting.
    Such cases will be considered for HCV treatment on an individual basis.

- **Continuity of care for those already started on treatment,** including inmates who are
  newly incarcerated in the BOP.

A 6

Federal Bureau of Prisons
Clinical Practice Guidelines

Evaluation and Management of Chronic HCV Infection
July 2015

## Priority Level 2 – High Priority for Treatment*

- APRI score $\geq 2$
- Advanced fibrosis on liver biopsy (e.g., Metavir Stage 3 bridging fibrosis)
- HBV coinfection
- HIV coinfection
- Comorbid liver diseases (e.g., autoimmune hepatitis, hemochromatosis, steatohepatitis, etc.)

## Priority Level 3 – Intermediate Priority for Treatment*

- Stage 2 fibrosis on liver biopsy
- APRI score 1.5 to < 2
- Diabetes mellitus
- Porphyria cutanea tarda

## Priority Level 4 – Routine Priority for Treatment*

- Stage 0 to stage 1 fibrosis on liver biopsy
- All other cases of HCV infection meeting the eligibility critera for treatment, as noted below under *Other Criteria for Treatment*

\*  *Exceptions to the above criteria for Priority Levels 1–4 will be made on an individual basis and will be determined primarily by a compelling or urgent need for treatment, such as evidence for rapid progression of fibrosis, or deteriorating health status from other comorbidities.*

## Other Criteria for Treatment

In addition to meeting the above criteria for Priority Levels 1–4, inmates being considered for treatment of HCV infection should:

- Have no contraindications to, or signicifant drug interactions with, any component of the treatment regimen.
- Have a GFR $\geq 30$.
- Not be pregnant, especially for any regimen that would require ribavirin or interferon.
- Have sufficient time remaining on their sentence in the BOP to complete a course of treatment.
- Have a life expectancy > 18 months.
- Demonstrate a willingness and an ability to adhere to a rigorous treatment regimen and to abstain from high-risk activities while incarcerated.

# 6.  Recommended Treatment Regimens

Recommendations for preferred HCV treatment regimens continue to evolve, but still depend on several factors:

- ► HCV genotype
- ► Prior HCV treatment history
- ► Compensated vs. decompensated liver disease

# EXHIBIT C



AMERICAN ASSOCIATION FOR
THE STUDY OF LIVER DISEASES



October 2015

**Hepatitis C Guidance Underscores the Importance of Treating HCV Infection: Panel Recommends Direct-Acting Drugs for Nearly All Patients with Chronic Hepatitis C**

Experts at the American Association for the Study for Liver Diseases (AASLD) and the Infectious Diseases Society of America (IDSA) have updated HCVguidelines.org, a website developed in collaboration with the International Antiviral Society-USA (IAS-USA) to provide up-to-date guidance on the treatment of hepatitis C virus (HCV). Based on expanded "real-world" experience with the tolerability and efficacy of newer HCV medications, the section on "When and in Whom to Initiate HCV Therapy" no longer includes tables that offer recommendations on how to prioritize patients for treatment.

"When the direct-acting medications were first introduced, all our knowledge about how these drugs worked came from clinical trials. We needed to gain more experience with their safety before we encouraged all infected persons to initiate therapy. We now have that experience," said panel co-chair David Thomas, MD.
According to the guidance, successful hepatitis C treatment results in sustained virologic response—or virologic cure—and thus would benefit nearly all of those chronically infected with HCV. Previously, the panel of experts who write the guidance had prioritized treatment with the direct-acting anti-virals for those with the greatest need, particularly those with severe liver disease.

Since the panel's initial recommendation, there have been opportunities to treat many of the highest-risk patients and to learn more about the new medications. "There are also expanding data on the benefits of HCV treatment for patients with all stages of disease, including mild liver disease," added panel co-chair Raymond Chung, MD.

Because of the cost of the new drugs, or regional availability of appropriate health care providers, a practitioner may still need to decide which patients should be treated first. Additionally, those with short life expectancies unrelated to HCV infection are not recommended for treatment with these newer therapies, according to the guidance. "However, the goal is to treat all patients as promptly as feasible to improve health and to reduce HCV transmission" said panel co-chair Henry Masur, MD.

"A good relationship between doctor and patient is crucial to achieving the best outcomes with direct-acting therapies. The physician needs to make an assessment of a patient's understanding of the treatment goals and provide education on the importance of adherence to the therapy and follow-up care," added panel co-chair Gary Davis, MD.
Visit www.HCVguidelines.org for updates to this and other sections of the guidance.

C 31

## About the AASLD



*AASLD is a medical subspecialty society representing clinicians and researchers in liver disease. The work of our members has laid the foundation for the development of drugs used to treat patients with viral hepatitis. Access to care and support of liver disease research are at the center of AASLD's advocacy efforts.*

*AASLD is the leading organization of scientists and healthcare professionals committed to preventing and curing liver disease. AASLD was founded in 1950 by a small group of leading liver specialists and has grown to an international society responsible for all aspects of hepatology.*

*Press releases and additional information about AASLD are available online at www.aasld.org*

## About IDSA



*The Infectious Diseases Society of America (IDSA) is an organization of physicians, scientists, and other health care professionals dedicated to promoting health through excellence in infectious diseases research, education, prevention, and patient care. The Society, which has nearly 10,000 members, was founded in 1963 and is based in Arlington, VA. For more information, see www.idsociety.org.*

*Visit www.idsociety.org/HCV/ to access IDSA's extensive collection of resources on hepatitis C, including the Society's Core Curriculum for HCV at www.idsociety.org/HCV_Curriculum/#Introduction.*

## About IAS-USA



*The International Antiviral Society – USA (IAS-USA) serves as a collaborating partner for the AASLD/IDSA Hepatitis C Virus (HCV) Guidance and is responsible for providing expertise and administrative support to HCV Guidance Panel members and processes. A representative from the IAS-USA serves as a co-chair of the HCV Guidance Panel. For more information, see http://iasusa.org*

# EXHIBIT D


AMERICAN ASSOCIATION FOR
THE STUDY OF LIVER DISEASES



Published on *Recommendations for Testing, Managing, and Treating Hepatitis C*
(http://www.hcvguidelines.org)

Home > WHEN AND IN WHOM TO INITIATE HCV THERAPY

# WHEN AND IN WHOM TO INITIATE HCV THERAPY

Successful hepatitis C treatment results in sustained virologic response (SVR), which is tantamount to
virologic cure, and as such, is expected to benefit nearly all chronically infected persons. When the US
Food and Drug Administration (FDA) approved the first IFN-sparing treatment for HCV infection, many
patients who had previously been "warehoused" sought treatment, and the infrastructure (experienced
practitioners, budgeted health-care dollars, etc) did not yet exist to treat all patients immediately. Thus,
the panel offered guidance for prioritizing treatment first to those with the greatest need. Since that
time, there have been opportunities to treat many of the highest-risk patients and to accumulate real-
world experience of the tolerability and safety of newer HCV medications. More importantly, from a
medical standpoint, data continue to accumulate that demonstrate the many benefits, within the liver
and extrahepatic, that accompany HCV eradication. Therefore, the panel continues to recommend
treatment for all patients with chronic HCV infection, except those with short life expectancies that
cannot be remediated by treating HCV, by transplantation, or by other directed therapy. Accordingly,
prioritization tables are now less useful and have been removed from this section.

Despite the strong recommendation for treatment for nearly all HCV-infected patients, pretreatment
assessment of a patient's understanding of treatment goals and provision of education on adherence and
follow-up are essential. A well-established therapeutic relationship between practitioner and patient
remains crucial for optimal outcomes with new direct-acting antiviral (DAA) therapies. Additionally, in
certain settings there remain factors that impact access to medications and the ability to deliver them to
patients. In these settings, practitioners may still need to decide which patients should be treated first.
The descriptions below of unique populations may help physicians make more informed treatment
decisions for these groups. (See sections on **HIV/HCV coinfection** [1], **cirrhosis** [2], **liver
transplantation** [3], and **renal impairment** [4]).

Expansions and notes for abbreviations used in this section can be found in Methods Table 3 [5].

*A summary of recommendations for When and in Whom to Initiate HCV Therapy is found in
the BOX [6].*



---

*Goal of treatment*

**The goal of treatment of HCV-infected persons is to reduce all-cause mortality and liver-related health adverse consequences, including end-stage liver disease and hepatocellular carcinoma, by the achievement of virologic cure as evidenced by a sustained virologic response.**

**Rating:** Class I, Level A

---

*Recommendations for when and in whom to initiate treatment*

**Treatment is recommended for all patients with chronic HCV infection, except those with short life expectancies that cannot be remediated by treating HCV, by transplantation, or by other directed therapy. Patients with short life expectancies owing to liver disease should be managed in consultation with an expert.**

**Rating:** Class I, Level A

---

**Clinical Benefit of Cure**

The proximate goal of HCV therapy is SVR (virologic cure), defined as the continued absence of detectable HCV RNA at least 12 weeks after completion of therapy. SVR is a marker for cure of HCV infection and has been shown to be durable, in large prospective studies, in more than 99% of patients followed up for 5 years or more. (Swain, 2010 [7]); (Manns, 2013 [8]) Patients in whom an SVR is achieved have HCV antibodies but no longer have detectable HCV RNA in serum, liver tissue, or mononuclear cells, and achieve substantial improvement in liver histology. (Marcellin, 1997 [9]); (Coppola, 2013 [10]); (Garcia-Bengoechea, 1999 [11]) Assessment of viral response, including documentation of SVR, requires use of an FDA-approved quantitative or qualitative nucleic acid test (NAT) with a detection level of 25 IU/mL or lower.

Patients who are cured of their HCV infection experience numerous health benefits, including a decrease in liver inflammation as reflected by improved aminotransferase (ie, alanine aminotransferase [ALT], aspartate aminotransferase [AST]) levels and a reduction in the rate of progression of liver fibrosis. (Poynard, 2002b [12]) Of 3010 treatment-naive HCV-infected patients with pretreatment and posttreatment biopsies from 4 randomized trials of 10 different IFN-based regimens (biopsies separated by a mean of 20 months), 39% to 73% of patients who achieved an SVR had improvement in liver fibrosis and necrosis (Poynard, 2002b [12]), and cirrhosis resolved in half of the cases. Portal hypertension, splenomegaly, and other clinical manifestations of advanced liver disease also improved. Among HCV-infected persons, SVR is associated with a more than 70% reduction in the risk of liver cancer

C 34

(hepatocellular carcinoma [HCC]) and a 90% reduction in the risk of liver-related mortality and liver transplantation. (Morgan, 2013 [13]); (van der Meer, 2012 [14]); (Veldt, 2007 [15])

Cure of HCV infection also reduces symptoms and mortality from severe extrahepatic manifestations, including cryoglobulinemic vasculitis, a condition affecting 10% to 15% of HCV-infected patients. (Fabrizi, 2013 [16]); (Landau, 2010 [17]) HCV-infected persons with non-Hodgkin lymphoma and other lymphoproliferative disorders achieve complete or partial remission in up to 75% of cases following successful therapy for HCV infection. (Gisbert, 2005 [18]); (Takahashi, 2012 [19]); (Svoboda, 2005 [20]); (Mazzaro, 2002 [21]); (Hermine, 2002 [22]) These reductions in disease severity contribute to dramatic reductions in all-cause mortality. (van der Meer, 2012 [14]); (Backus, 2011 [23]) Lastly, patients who achieve SVR have substantially improved qualities of life, which include physical, emotional, and social health. (Neary, 1999 [24]); (Younossi, 2013 [25]) Because of the many benefits associated with successful HCV treatment, clinicians should treat HCV-infected patients with antiviral therapy with the goal of achieving an SVR, preferably early in the course of chronic HCV infection before the development of severe liver disease and other complications.

### Benefits of Treatment at Earlier Fibrosis Stages (Metavir Stage Below F2)

Initiating therapy in patients with lower-stage fibrosis augments the benefits of SVR. In a long-term follow-up study, 820 patients with Metavir stage F0 or F1 fibrosis confirmed by biopsy were followed up for up to 20 years. (Jezequel, 2015 [26]) The 15-year survival rate was statistically significantly better for those who experienced an SVR than for those whose treatment had failed or for those who remained untreated (93%, 82%, and 88%, respectively; $P$ =.003). The study results argue for consideration of earlier initiation of treatment. Several modeling studies also suggest a greater mortality benefit if treatment is initiated at fibrosis stages prior to F3. (Øvrehus, 2015 [27]); (Zahnd, 2015 [28]); (McCombs, 2015 [29])

Treatment delay may decrease the benefit of SVR. In a report of long-term follow-up in France, 820 patients with biopsy-confirmed Metavir stage F0 or F1 fibrosis were followed up for as long as 20 years. (Jezequel, 2015 [26]) The authors noted rapid progression of fibrosis in 15% of patients during follow-up, and in patients treated successfully, long-term survival was better. Specifically, at 15 years, survival rate was 92% for those with an SVR versus 82% for treatment failures and 88% for those not treated. In a Danish regional registry study, investigators modeled treatment approaches with the aim of evaluating the benefit to the region in terms of reductions in morbidity and mortality and HCV prevalence. (Øvrehus, 2015 [27]) Although they note that in their situation of low HCV prevalence (0.4%), with approximately 50% undiagnosed, a policy that restricts treatment to those with Metavir fibrosis stage F3 or higher would decrease mortality from HCC and cirrhosis, the number needed to treat to halve the prevalence of the disease is lower if all eligible patients receive treatment at diagnosis. A modeling study based on the Swiss HIV Cohort Study also demonstrated that waiting to treat HCV infection at Metavir fibrosis stages F3 and F4 resulted in 2- and 5-times higher rates of liver-related mortality, respectively, compared with treating at Metavir stage F2. (Zahnd, 2015 [28])

A US Veterans Administration dataset analysis that used very limited end points of virologic response dating from the IFN-treatment era suggested that early (at a Fibrosis-4 [FIB-4] score of <3.25) initiation of therapy increased the benefit attained with respect to likelihood of treatment success and mortality reduction and ultimately decreased the number of patients needed to treat to preserve 1 life by almost 50%. (McCombs, 2015 [29])



## XV. Appendix

**Table 1. Summary of SVR Results from Phase II/III Studies of Sofosbuvir-Based Therapy in Genotype 1-Infected, Treatment-Naïve Patients**

| Trial | Treatment Category | Non-Cirrhotic (SVR,%) | Cirrhotic (SVR,%) |
|---|---|---|---|
| ION-1[6] | | | |
| LDV/SOF ± RBV x 12 weeks | Naïve | 179/180 (99, –RBV)<br>178/184 (97, + RBV) | 32/34 (94, –RBV)<br>33/33 (100, +RBV) |
| LDV/SOF ± RBV x 24 weeks | Naïve | 181/184 (98, –RBV)<br>179/181 (99, +RBV) | 31/33 (94, –RBV)<br>36/36 (100, +RBV) |
| ION-3[7] | | | |
| LDV/SOF ± RBV x 8 weeks | Naïve | 202/215 (94, –RBV)<br>201/216 (93, +RBV) | Not studied |
| LDV/SOF x 12 weeks | Naïve | 206/216 (95) | Not studied |
| ELECTRON-2[16] | | | |
| LDV/SOF x 12 weeks | Naïve | Not studied | 13/20 (65)<br>(all were CTP Class B) |
| ERADICATE[46] | | | |
| LDV/SOF x 12 weeks | Naïve, HCV/HIV coinfected | 10/10 (100, ARV untreated)<br>SVR4: 22/22 (100, ARV treated) | Not studied |
| COSMOS[13] | | | |
| SOF + SMV ± RBV x 12 weeks | Naïve | Not studied | 2/3 (67, –RBV)<br>6/6 (100, +RBV) |
| SOF + SMV ± RBV x 24 weeks | Naïve | Not studied | 5/5 (100, –RBV)<br>3/3 (100, +RBV) |

**Table 2. Summary of SVR Results from Phase II/III Studies of Sofosbuvir-based Therapy in Genotype 1-infected, Treatment-experienced Patients**

| Trial | Treatment Category | Non-Cirrhotic (SVR, %) | Cirrhotic (SVR, %) |
|---|---|---|---|
| ION-2[33] | | | |
| LDV/SOF ± RBV x 12 weeks | Experienced<br>(PEG-IFN + RBV ± BOC or TVR) | 83/87 (95, –RBV)<br>89/89 (100, +RBV) | 19/22 (86, –RBV)<br>18/22 (82, +RBV) |
| LDV/SOF ± RBV x 24 weeks | Experienced<br>(PEG-IFN + RBV ± BOC or TVR) | 86/87 (99, –RBV)<br>88/89 (99, +RBV) | 22/22 (100, –RBV)<br>22/22 (100, +RBV) |
| SYNERGY[47] | | | |
| LDV/SOF x 12 weeks | Experienced<br>(SOF + RBV relapsers) | 7/7 (100) | 7/7 (100) |
| ELECTRON-2[16] | | | |
| LDV/SOF + RBV x 12 weeks | Experienced<br>(SOF + RBV ± DAA) | 19/19 (100) | Not studied |
| COSMOS[13] | | | |
| SOF + SMV ± RBV x 12 weeks | Experienced<br>(PEG-IFN + RBV) | 13/14 (93, –RBV)<br>26/27 (93, +RBV) | 4/4 (100, –RBV)<br>4/5 (80, +RBV) |
| SOF + SMV ± RBV x 24 weeks | Experienced<br>(PEG-IFN + RBV) | 14/15 (93, –RBV)<br>19/24 (79, +RBV) | 4/4 (100, –RBV)<br>9/9 (100, +RBV) |

C 36

## Considerations in Specific Populations

Despite the recommendation for treatment of nearly all patients with HCV infection, it remains important for clinicians to understand patient- and disease-related factors that place individuals at risk for HCV-related complications (liver and extrahepatic) as well as for HCV transmission. Although these groups are no longer singled out for high prioritization for treatment, it is nonetheless important that practitioners recognize the unique dimensions of HCV disease and its natural history in these populations. The discussions offered below may assist clinicians in making compelling cases for insurance coverage of treatment when necessary.

### Persons With Advanced Liver Disease

For persons with advanced liver disease (Metavir stage F3 or F4), the risk of developing complications of liver disease such as hepatic decompensation (Child Turcotte Pugh [CTP] Class B or C [30] **Methods Table 3** [5]]) or HCC is substantial and may occur in a relatively short timeframe. A large prospective study of patients with cirrhosis resulting from HCV infection examined the risk of decompensation, including HCC, ascites, jaundice, bleeding, and encephalopathy, and found that the overall annual incidence rate was 3.9%. (Sangiovanni, 2006 [31]) The National Institutes of Health (NIH)-sponsored HALT-C study included a group of 220 patients with cirrhosis resulting from HCV infection who were observed for approximately 8 years. A primary outcome of death, hepatic decompensation, HCC, or increase in CTP score of 2 or higher occurred at a rate of 7.5% per year. (Everson, 2006 [32]); (Di Bisceglie, 2008 [33]) Patients with a CTP score of 7 or higher experienced a death rate of 10% per year.

Numerous studies have demonstrated that hepatitis C therapy and the achievement of an SVR in this population results in dramatic decreases in hepatic decompensation events, HCC, and liver-related mortality. (Morgan, 2013 [13]); (van der Meer, 2012 [14]); (Backus, 2011 [23]); (Dienstag, 2011 [34]); (Berenguer, 2009 [35]); (Mira, 2013 [36]) In the HALT-C study, patients with advanced fibrosis secondary to HCV infection who achieved an SVR, compared with patients with similarly advanced liver fibrosis who did not achieve an SVR, had a decreased need for liver transplantation (hazard ratio [HR], 0.17; 95% confidence interval [CI], 0.06–0.46), decreased development of liver-related morbidity and mortality (HR, 0.15; 95% CI, 0.06–0.38) and decreased HCC (HR, 0.19; 95% CI, 0.04–0.80). (Dienstag, 2011 [34]) Importantly, persons with advanced liver disease also require long-term follow-up and HCC surveillance regardless of treatment outcome (see **Monitoring Section** [37]).

Given the clinical complexity and the need for close monitoring, patients with advanced liver disease that has already decompensated (CTP Class B or C [30] **Methods Table 3** [5]]) should be treated by physicians with experience in treating HCV in conjunction with a liver transplantation center if possible.

### Persons Who Have Undergone Liver Transplantation

In HCV-infected individuals, HCV infection of the liver allograft occurs universally in those with viremia at the time of transplantation. Histologic features of hepatitis develop in about 75% of recipients in the first 6 months following liver transplantation. (Neumann, 2004 [38]) By the fifth postoperative year, up to 30% of untreated patients have progressed to cirrhosis. (Neumann, 2004 [38]); (Charlton, 1998 [39]) A small proportion of patients (4%-7%) develop an accelerated course of liver injury (cholestatic hepatitis C, associated with very high levels of viremia) with subsequent rapid allograft failure. Recurrence of HCV infection posttransplantation is associated with decreased graft survival for recipients with HCV infection compared to recipients who undergo liver transplantation for other indications. (Forman, 2002 [40])

C 37

Effective HCV therapy pretransplantation resulting in an SVR (virologic cure) prevents HCV recurrence posttransplantation. (Everson, 2003 [41]) In addition, complete HCV viral suppression prior to transplantation prevents recurrent HCV infection of the graft in the majority of cases. (Forns, 2004 [42]); (Everson, 2005 [43]) Preliminary data from a study of patients with complications of cirrhosis secondary to HCV infection, who were wait-listed for liver transplantation, that included patients with MELD scores up · to 14 and CTP scores up to 8 found that treatment with sofosbuvir and weight-based RBV for up to 48 weeks was well tolerated and was associated with an overall posttransplant SVR rate of 70%. (Curry, 2015 [44]) Posttransplant SVR was nearly universal among patients who had undetectable HCV RNA for 28 days or longer prior to transplantation.

Treatment of established HCV infection posttransplantation also yields substantial improvements in patient and in graft survival. (Berenguer, 2008 [45]); (Picciotto, 2007 [46]) The availability of effective IFN-free HCV treatments has addressed the major hurdles to treating HCV recurrence posttransplantation: poor tolerability and efficacy. In a multicenter, open-label study that evaluated the ability of sofosbuvir plus RBV to induce virologic suppression in 40 patients post–liver transplant with compensated recurrence of HCV infection, daily sofosbuvir and RBV for 24 weeks achieved an SVR at 12 weeks (SVR12) in 70%. (Charlton, 2015 [47]) No deaths, graft losses, or episodes of rejection occurred. Six patients had serious adverse events, all of which were considered unrelated to study treatment. There were no drug interactions reported between sofosbuvir and any of the concomitant immunosuppressive agents. In contrast, treatment with sofosbuvir plus RBV with or without PEG-IFN in 64 patients with severe, decompensated cirrhosis resulting from recurrence of HCV infection following liver transplantation was associated with an overall SVR12 rate of 59% and a mortality rate of 13%. (Forns, 2015 [48]) On an intent-to-treat basis, treatment was associated with clinical improvement in 57% and stable disease in 22% of patients.

### Persons at Greater Risk for Rapidly Progressive Fibrosis and Cirrhosis

Fibrosis progression is variable across different patient populations as well as within the same individual over time. Many of the components that determine fibrosis progression and development of cirrhosis in an individual are unknown. However, certain factors, such as coinfection with HIV or hepatitis B virus (HBV) and prevalent coexistent liver diseases (eg, nonalcoholic steatohepatitis [NASH]), are well-recognized contributors to accelerated fibrosis progression.

**HIV coinfection.** HIV coinfection accelerates fibrosis progression among HCV-infected persons, (Benhamou, 1999 [49]); (Macias, 2009 [50]); (Konerman, 2014 [51]) although control of HIV replication and restoration of CD4+ cell counts may mitigate this to some extent. (Benhamou, 2001 [52]); (Bräu, 2006 [53]) However, antiretroviral therapy is not a substitute for HCV treatment. In the largest paired-biopsy study, 282 HIV/HCV-coinfected patients with 435 paired biopsies were prospectively evaluated; (Konerman, 2014 [51]) one-third of patients showed fibrosis progression of at least one Metavir stage at a median of 2.5 years. Importantly, 45% of patients with no fibrosis on initial biopsy had progression. Finally, a more rapid progression to death following decompensation combined with a lack of widespread access to liver transplantation and poor outcomes following transplantation highlight the need for treatment in this population regardless of current fibrosis stage. (Pineda, 2005 [54]); (Merchante, 2006 [55]); (Terrault, 2012 [56])

**HBV coinfection and other coexistent liver diseases.** The prevalence of HBV/HCV coinfection is estimated at 1.4% in the United States and 5% to 10% globally. (Tyson, 2013 [57]); (Chu, 2008 [58]) Persons with HBV/HCV coinfection and detectable viremia of both viruses are at increased risk for disease

C 38

progression, decompensated liver disease, and the development of HCC.

HBV/HCV coinfected individuals are susceptible to a process called viral interference wherein one virus may interfere with the replication of the other virus. Thus, when treating one or both viruses with antiviral drugs, periodic retesting of HBV DNA and HCV RNA levels during and after therapy is prudent, particularly if only one of the viruses is being treated at a time. Treatment of HCV infection in such cases utilizes the same genotype-specific regimens as are recommended for HCV monoinfection **(see Treatment Section [59])**. HBV infections in such cases should be treated as recommended for HBV monoinfection. (Lok, 2009 [60])

Persons with other chronic liver diseases who have coincident chronic HCV infection should be considered for hepatitis C therapy, given the potential for rapid progression of liver disease. An IFN-free regimen is generally preferred for immune-mediated liver diseases such as autoimmune hepatitis, because of the potential for IFN-related exacerbation.

**Persons With Extrahepatic Manifestations of Chronic HCV Infection**

**Severe renal impairment.** Chronic hepatitis C is associated with a syndrome of cryoglobulinemia and an immune complex and lymphoproliferative disorder that produces arthralgias, fatigue, palpable purpura, renal disease (eg, membranoproliferative glomerulonephritis), neurologic disease (eg, peripheral neuropathy, central nervous system vasculitis), and reduced complement levels. (Agnello, 1992 [61]) Because patients with chronic hepatitis C frequently have laboratory evidence of cryoglobulins (more than 50% in some series), antiviral treatment is imperative for those with the syndrome of cryoglobulinemia and symptoms or objective evidence of end-organ manifestations. IFN-based regimens can produce clinical remission; however, the adverse effects of IFN may mimic manifestations of cryoglobulinemia. (Saadoun, 2014 [62]) Although clinical data are not yet available, the use of IFN-free DAA regimens is an attractive alternative for these patients. Organ-threatening disease (eg, severe neuropathy, renal failure, digital ischemia), in addition to antiviral HCV therapy, should be treated more acutely with immunosuppressive agents or plasmapheresis to clear immune complexes.

Glomerular disease results from deposition of HCV-related immune complexes in the glomeruli. (Johnson, 1993 [63]) Successful treatment of HCV using IFN-based regimens can reverse proteinuria and nephrotic syndrome but usually does not fully ameliorate azotemia. (Johnson, 1994 [64]) No clinical trial data are yet available on IFN-free regimens, but the high rates of SVR (virologic cure) with antiviral therapy support their use in management of hepatitis C–related renal disease and cryoglobulinemia.

**Nonhepatic Manifestations of Chronic HCV Infection**

The relationship between chronic hepatitis C and diabetes (most notably type 2 diabetes and insulin resistance) is complex and incompletely understood. The prevalence and incidence of diabetes is increased in the context of hepatitis C. (White, 2008 [65]) In the United States, type 2 diabetes occurs more frequently in HCV-infected patients, with a more than 3-fold greater risk in persons older than 40 years. (Mehta, 2000 [66]) The positive correlation between quantity of plasma HCV RNA and established markers of insulin resistance confirms this relationship. (Yoneda, 2007 [67]) Insulin resistance and type 2 diabetes are independent predictors of a more rapid progression of liver fibrosis and an impaired response to IFN-based therapy. (Petta, 2008 [68]) Patients with type 2 diabetes and insulin resistance are also at increased risk for HCC. (Hung, 2010 [69])

Successful antiviral treatment has been associated with improved markers of insulin resistance and

C 39

greatly reduced incidence of new onset of type 2 diabetes and insulin resistance in HCV-infected patients. (Arase, 2009 [70]) Most recently, antiviral therapy for HCV infection has been shown to improve clinical outcomes related to diabetes. In a large prospective cohort from Taiwan, the incidence of end-stage renal disease, ischemic stroke, and acute coronary syndrome was greatly reduced in HCV-infected patients with diabetes who received antiviral therapy compared with untreated, matched controls. (Hsu, 2014 [71]) Therefore, antiviral therapy may prevent progression to diabetes in patients with prediabetes who have hepatitis C and may reduce renal and cardiovascular complications in patients with established diabetes who have hepatitis C.

In patients with chronic hepatitis C, fatigue is the most frequently reported symptom and has a major effect on quality of life and activity level evidenced by numerous measures of impaired quality of life. (Foster, 1998 [72]) The presence and severity of fatigue appears to correlate poorly with disease activity, although it may be more common and severe in HCV-infected individuals with cirrhosis. (Poynard, 2002a [73]) Despite difficulties in separating fatigue symptoms associated with hepatitis C from those associated with other concurrent conditions (eg, anemia, depression), numerous studies have reported a reduction in fatigue after cure of HCV infection. (Bonkovsky, 2007 [74]) In the Virahep-C study, 401 patients with HCV infection were evaluated for fatigue prior to and after treatment, using validated scales to assess the presence and severity of fatigue. (Sarkar, 2012 [75]) At baseline, 52% of patients reported having fatigue, which was more frequent and severe in patients with cirrhosis than in those without cirrhosis. Achieving an SVR was associated with a substantial decrease in frequency and severity of fatigue. A recent analysis of 413 patients from the NEUTRINO and FUSION trials who were treated with a sofosbuvir-containing regimen and who achieved an SVR12 demonstrated improvement in patient fatigue (present in 12%) from the pretreatment level. (Younossi, 2014 [76]) After achieving an SVR12, participants had marked improvements in fatigue over their pretreatment scores measured by 3 separate validated questionnaires. Additional studies support and extend these findings beyond fatigue, with improvements in overall health-related quality of life and work productivity observed following successful HCV therapy.(Gerber, 2015 [77]); (Younossi, 2015b [78]); (Younossi, 2015c [79]); (Younossi, 2015d [80])

The reported prevalence of HCV infection in patients with porphyria cutanea tarda approximates 50% and occurs disproportionately in those with cirrhosis. (Gisbert, 2003 [81]) The treatment of choice for active porphyria cutanea tarda is iron reduction by phlebotomy and maintenance of a mildly iron-reduced state without anemia. However, although improvement of porphyria cutanea tarda during HCV treatment with IFN has frequently been described (Takikawa, 1995 [82]), there are currently insufficient data to determine whether treating HCV infection with DAAs and achievement of SVR improve porphyria cutanea tarda.

Lichen planus is characterized by pruritic papules involving mucous membranes, hair, and nails. Antibodies to HCV are present in 10% to 40% of patients with lichen planus, but a causal link with chronic infection is not established. Resolution of lichen planus has been reported with IFN-based regimens, but there have also been reports of exacerbation of lichen planus with these treatments. Although it is unknown whether DAAs will have more success against lichen planus, treatment with IFN-free regimens would appear to be a more advisable approach to addressing this disorder. (Gumber, 1995 [83])

## Benefit of Treatment to Reduce Transmission

Persons who have successfully achieved an SVR (virologic cure) no longer transmit the virus to others. As such, successful treatment of HCV infection benefits public health. Several health models have shown that even modest increases in successful treatment of HCV infection among persons who inject drugs can

C 40

decrease prevalence and incidence. (Martin, 2013a [84]); (Durier, 2012 [85]); (Martin, 2013b [86]); (Hellard, 2012 [87]) Models developed to estimate the impact of HCV testing and treatment on the burden of hepatitis C at a country level reveal that large decreases in HCV prevalence and incidence are possible as more persons are successfully treated. (Wedemeyer, 2014 [88]) There are also benefits to eradicating HCV infection between couples and among families, and thus eliminating the perception that an individual might be contagious. In addition, mother-to-child transmission of HCV does not occur if the woman is not viremic, providing an additional benefit of curing a woman before she becomes pregnant. (Thomas, 1998 [89]) However, the safety and efficacy of treating women who are already pregnant to prevent transmission to the fetus have not yet been established, and thus treatment is not recommended for pregnant women.

The Society for Healthcare Epidemiology of America (SHEA) advises that health-care workers who have substantial HCV viral replication ($\geq$104 genome equivalents/mL) be restricted from performing procedures that are prone to exposure (Henderson, 2010 [90]) and that all health-care workers with confirmed chronic HCV infection should be treated. For reasons already stated above, the achievement of an SVR in such individuals will not only eliminate the risk of HCV transmission to patients but also decrease circumstantial loss of experienced clinicians. Given concerns about underreporting of infection and transmission (Henderson, 2010 [90]), the availability of effective, all-oral regimens should lead to greater willingness on the part of exposure-prone clinicians to be tested and treated.

Successful treatment of HCV-infected persons at greatest risk for transmission represents a formidable tool to help stop HCV transmission in those who continue to engage in high-risk behaviors. To guide implementation of hepatitis C treatment as a prevention strategy, studies are needed to define the best candidates for treatment to stop transmission, the additional interventions needed to maximize the benefits of HCV treatment (eg, preventing reinfection), and the cost-effectiveness of the strategies when used in target populations.

**Persons who inject drugs.** Injection drug use (IDU) is the most common risk factor for HCV infection in the United States and Europe, with an HCV seroprevalence of 10% to 70%; (Amon, 2008 [91]); (Nelson, 2011 [92]) IDU also accounts for the majority of new HCV infections (approximately 70%) and is the key driving force in the perpetuation of the epidemic. Given these facts and the absence of an effective vaccine against HCV, testing and linkage to care combined with treatment of HCV infection with potent IFN-free regimens has the potential to dramatically decrease HCV incidence and prevalence. (Martin, 2013b [86]) However, treatment-based strategies to prevent HCV transmission have yet to be studied, including how to integrate hepatitis C treatment with other risk-reduction strategies (eg, opiate substitution therapy, needle and syringe exchange programs). (Martin, 2013a [84])

In studies of IFN-containing treatments in persons who inject drugs, adherence and efficacy rates are comparable to those of patients who do not use injection drugs. A recent meta-analysis of treatment with PEG-IFN with or without RBV in active or recent injection drug users showed SVR rates of 37% and 67% for HCV genotype 1 or 4 and 2 or 3, respectively. (Aspinall, 2013 [93]) As shorter, better-tolerated, and more efficacious IFN-free therapies are introduced, these SVR rates are expected to improve. Importantly, the rate of reinfection in this population is lower (2.4/100 person-years of observation) than that of incident infection in the general population of injection drug users (6.1-27.2/100 person-years), although reinfection increases with active or ongoing IDU (6.44/100 person-years) and available data on follow-up duration are limited. (Aspinall, 2013 [93]); (Grady, 2013 [94])

Ideally, treatment of HCV-infected persons who inject drugs should be delivered in a multidisciplinary

C 41

care setting with services to reduce the risk of reinfection and for management of the common social and psychiatric comorbidities in this population. Regardless of the treatment setting, recent and active IDU should not be seen as an absolute contraindication to HCV therapy. There is strong evidence from various settings in which persons who inject drugs have demonstrated adherence to treatment and low rates of reinfection, countering arguments that have been commonly used to limit access to this patient population. (Aspinall, 2013 [93]); (Hellard, 2014 [95]); (Grebely, 2011 [96]) Indeed, combining HCV treatment with needle exchange and opioid replacement programs in this population with a high prevalence of HCV infection has shown great value in decreasing the burden of HCV disease. Elegant modeling studies illustrate the high return on the modest investment of addressing this often-ignored segment of the HCV-infected population. (Martin, 2013b [86]) These conclusions were drawn before the introduction of the latest DAA regimens. Conversely, there are no data to support the utility of pretreatment screening for illicit drug or alcohol use in identifying a population more likely to successfully complete HCV therapy. These requirements should be abandoned, because they create barriers to treatment, add unnecessary cost and effort, and potentially exclude populations that are likely to obtain substantial benefit from therapy. Scale up of HCV treatment in persons who inject drugs is necessary to positively impact the HCV epidemic in the United States and globally.

**HIV-infected men who have sex with men (MSM) who engage in high-risk sexual practices.** Over the past decade, a dramatic increase in incident HCV infections among HIV-infected MSM who did not report IDU as a risk factor has been demonstrated in several US cities. (van de Laar, 2010 [97]) Recognition and treatment of HCV infection (including acute infection) in this population may represent an important step in preventing subsequent infections. As with persons who inject drugs, HIV/HCV-coinfected MSM who engage in ongoing high-risk sexual practices should be treated for their HCV infection in conjunction with continued education on risk-reduction strategies. In particular, safer-sex strategies should be emphasized given the high rates of reinfection after SVR, which may approach 30% over 2 years, in HIV-infected MSM with acute HCV infection. (Lambers, 2011 [98])

**Incarcerated persons.** Among incarcerated individuals, the rate of HCV seroprevalence ranges from 30% to 60% (Post, 2013 [99]) and the rate of acute infection is approximately 1%. (Larney, 2013 [100]) Screening for HCV infection is relatively uncommon in state prison systems. Treatment uptake has been limited in part because of the toxic effects and long treatment duration of older IFN-based therapies as well as concerns about cost. (Spaulding, 2006 [101]) In particular, truncation of HCV treatment owing to release from prison has been cited as a major limitation to widespread, effective HCV treatment in correctional facilities. (Post, 2013 [99]); (Chew, 2009 [102]) Shorter (12- to 24-week) HCV therapies reduce duration of stay-related barriers to HCV treatment in prisons. Likewise, the improved safety of newer, all-oral regimens diminishes concerns of toxic effects. Coordinated treatment efforts within prison systems would likely rapidly decrease the prevalence of HCV infection in this at-risk population, although research is needed in this area.

**Persons on hemodialysis.** The prevalence rate of HCV infection is markedly elevated in persons on hemodialysis and ranged from 2.6% to 22.9% in a large multinational study. (Fissell, 2004 [103]) Studies in the United States found a similarly elevated prevalence rate of 7.8% to 8.9%. (Centers for Disease Control and Prevention, 2001 [104]); (Finelli, 2005 [105]) Importantly, the seroprevalence of HCV was found to increase with time on dialysis, suggesting that nosocomial transmission, among other risk factors, plays a role in HCV acquisition in these patients. (Fissell, 2004 [103]) Improved education and strict adherence to universal precautions can drastically reduce nosocomial HCV transmission risks for persons on hemodialysis, (Jadoul, 1998 [106]) but clearance of HCV viremia through treatment-induced SVR eliminates the potential for transmission.

C H2

HCV-infected persons on hemodialysis have a decreased quality of life and increased mortality compared with uninfected persons on hemodialysis. (Fabrizi, 2002 [107]); (Fabrizi, 2007 [108]); (Fabrizi, 2009 [109]) HCV infection in this population also has a deleterious impact on kidney transplantation outcomes with decreased patient and graft survival. (Fabrizi, 2014 [110]) The increased risk for nosocomial transmission and the substantial clinical impact of HCV infection in those on hemodialysis are compelling arguments for HCV therapy as effective antiviral regimens that can be used in persons with advanced renal failure become available.

**Populations Unlikely to Benefit From HCV Treatment**

Patients with a limited life expectancy that cannot be remediated by treating HCV, by transplantation, or by other directed therapy do not require treatment. Patients with short life expectancies owing to liver disease should be managed in consultation with an expert. Chronic hepatitis C is associated with a wide range of comorbid conditions. (Butt, 2011 [111]); (Louie, 2012 [112]) Little evidence exists to support initiation of HCV treatment in patients with limited life expectancy (less than 12 months) owing to non–liver-related comorbid conditions. For these patients, the benefits of HCV treatment are unlikely to be realized and palliative care strategies should take precedence. (Holmes, 2006 [113]); (Maddison, 2011 [114])

---

*Recommendations for pretreatment assessment*

**An assessment of the degree of hepatic fibrosis, using noninvasive testing or liver biopsy, is recommended.**

**Rating:** Class I, Level A

---

An accurate assessment of fibrosis remains vital, as degree of hepatic fibrosis is one of the most robust prognostic factors used to predict HCV disease progression and clinical outcomes. (Everhart, 2010 [115]) Individuals with severe fibrosis require surveillance monitoring for liver cancer, esophageal varices, and hepatic function. (Garcia-Tsao, 2007 [116]); (Bruix, 2011 [117]) In some instances, the recommended duration of treatment is also longer [118].

Although liver biopsy is the diagnostic standard, sampling error and observer variability limit test performance, particularly when inadequate sampling occurs. Up to one-third of bilobar biopsies had a difference of at least 1 stage between the lobes. (Bedossa, 2003 [119]) In addition, the test is invasive and minor complications are common, limiting patient and practitioner acceptance. Serious complications such as bleeding, although rare, are well recognized.

Noninvasive tests to stage the degree of fibrosis in patients with chronic HCV infection include models incorporating indirect serum biomarkers (routine tests), direct serum biomarkers (components of the extracellular matrix produced by activated hepatic stellate cells), and vibration-controlled transient liver elastography. No single method is recognized to have high accuracy alone and each test must be interpreted carefully. A recent publication of the Agency for Healthcare Research and Quality found evidence in support of a number of blood tests; however, at best, they are only moderately useful for identifying clinically significant fibrosis or cirrhosis. (Selph, 2014 [120])

Vibration-controlled transient liver elastography is a noninvasive way to measure liver stiffness and

C43

correlates well with measurement of substantial fibrosis or cirrhosis in patients with chronic HCV infection. The measurement range does overlap between stages. (Ziol, 2005 [121]); (Afdhal, 2015 [122]); (Castera, 2005 [123])

The most efficient approach to fibrosis assessment is to combine direct biomarkers and vibration-controlled transient liver elastography. (Boursier, 2012 [124]); (European Association for the Study of the Liver and Asociacion Latinoamericana para el Estudio del Higado, 2015 [125]) A biopsy should be considered for any patient who has discordant results between the 2 modalities that would affect clinical decision making. For example, one shows cirrhosis and the other does not. The need for liver biopsy with this approach is markedly reduced.

Alternatively, if direct biomarkers or vibration-controlled transient liver elastography are not available, the AST-to-platelet ratio index (APRI) or FIB-4 index score can help, (Sebastiani, 2009 [126]); (Castera, 2010 [127]); (Chou, 2013b [128]) although neither test is sensitive enough to rule out substantial fibrosis. (Chou, 2013b [128]) Biopsy should be considered in those in whom more accurate fibrosis staging would impact treatment decisions. Individuals with clinically evident cirrhosis do not require additional staging (biopsy or noninvasive assessment).

---

**Recommendation for repeat liver disease assessment**

**Ongoing assessment of liver disease is recommended for persons in whom therapy is deferred.**

**Rating:** Class I, Level C

---

When therapy is deferred, it is especially important to monitor liver disease in these patients. In line with evidence-driven recommendations for treatment of nearly all HCV-infected patients, several factors must be taken into consideration if treatment deferral is entertained or mandated by lack of medication access. As noted, strong and accumulating evidence argue against deferral because of decreased all-cause morbidity and mortality, prevention of onward transmission, and quality-of-life improvements for patients treated regardless of baseline fibrosis. Additionally, treatment of HCV infection may improve or prevent extrahepatic complications, including diabetes mellitus, cardiovascular disease, renal disease, and B-cell non-Hodgkin lymphoma, (Conjeevaram, 2011 [129]); (Hsu, 2015 [130]); (Torres, 2015 [131]) which are not tied to fibrosis stage. (Allison, 2015 [132]); (Petta, 2015 [133]) Deferral practices based on fibrosis stage alone are inadequate and shortsighted.

Fibrosis progression varies markedly between individuals based on host, environmental, and viral factors (**Table 1** [134]). (Feld, 2006 [135]) Fibrosis may not progress linearly. Some individuals (often those aged ≥50 years) may progress slowly for many years followed by an acceleration of fibrosis progression. Others may never develop substantial liver fibrosis despite longstanding infection. The presence of existing fibrosis is a strong risk factor for future fibrosis progression. Fibrosis results from chronic hepatic necroinflammation, and thus a higher activity grade on liver biopsy and higher serum transaminase values are associated with more rapid fibrosis progression. (Ghany, 2003 [136]) However, even patients with normal ALT levels may develop substantial liver fibrosis over time. (Pradat, 2002 [137]); (Nutt, 2000 [138]) The limitations of transient elastography and liver biopsy in ascertaining the progression of fibrosis

C 44

must be recognized.

Host factors associated with more rapid fibrosis progression include male sex, longer duration of infection, and older age at the time of infection. (Poynard, 2001 [139]) Many patients have concomitant nonalcoholic fatty liver disease, and the presence of hepatic steatosis with or without steatohepatitis on liver biopsy, elevated body mass index, insulin resistance, and iron overload are associated with fibrosis progression. (Konerman, 2014 [51]); (Everhart, 2009 [140]) Chronic alcohol use is an important risk factor because alcohol consumption has been associated with more rapid fibrosis progression. (Feld, 2006 [135]) A safe amount of alcohol consumption has not been established. Cigarette smoking may also lead to more rapid fibrosis progression.

Immunosuppression leads to more rapid fibrosis progression, particularly HIV/HCV coinfection and solid organ transplantation. (Macias, 2009 [50]); (Konerman, 2014 [51]); (Berenguer, 2013 [141]) Therefore, immunocompromised patients should be treated even if they have mild liver fibrosis at presentation.

Level of HCV RNA does not correlate with stage of disease (degree of inflammation or fibrosis). Available data suggest that fibrosis progression occurs most rapidly in patients with HCV genotype 3 infection. (Kanwal, 2014 [142]) (Bochud, 2009 [143]) Aside from coinfection with HBV or HIV, no other viral factors are consistently associated with disease progression.

Although an ideal interval for assessment has not been established, annual evaluation is appropriate to discuss modifiable risk factors and to update testing for hepatic function and markers for disease progression. For all individuals with advanced fibrosis, liver cancer screening dictates a minimum of evaluation every 6 months.

**When and in Whom to Initiate HCV Therapy Table 1. Factors Associated With Accelerated Fibrosis Progression**

| Host | Viral |
|------|-------|
| **Nonmodifiable** | HCV genotype 3 |
| Fibrosis stage | Coinfection with hepatitis B virus or HIV |
| Inflammation grade | |
| Older age at time of infection | |
| Male sex | |
| Organ transplant | |
| **Modifiable** | |
| Alcohol consumption | |
| Nonalcoholic fatty liver disease | |
| Obesity | |
| Insulin resistance | |

*Changes made on October 22, 2015.*