# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 21-5083**  **September Term, 2021**

1:16-cv-00828-APM

**Filed On: August 29, 2022** [1961297]

Jean-Gabriel Bernier,

    Appellee

v.

Jeff Allen, Chief Physician, FBOP,

    Appellant

## M A N D A T E

In accordance with the judgment of July 5, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

             BY:   /s/
                      Daniel J. Reidy
                      Deputy Clerk

Link to the judgment filed July 5, 2022