# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5083**     **September Term, 2021**
FILED ON: JULY 5, 2022

JEAN-GABRIEL BERNIER,
    APPELLEE

v.

JEFF ALLEN, CHIEF PHYSICIAN, FBOP,
    APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:16-cv-00828)

Before: PILLARD and WALKER, *Circuit Judges*, and SILBERMAN, *Senior Circuit Judge*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/

    Daniel J. Reidy
    Deputy Clerk

Date: July 5, 2022

Opinion for the court filed by Circuit Judge Pillard.
Opinion concurring in the judgment filed by Senior Circuit Judge Silberman.